IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES DLESTER CRANDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv486-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DISMISSAL ORDER

Upon consideration of plaintiff's motion to dismiss this case and refund plaintiff's fees (Doc. 12), it is ORDERED as follows:

(1) Plaintiff's motion to voluntarily dismiss is construed as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and this case is dismissed without prejudice.

(2) Plaintiff's motion to refund fees is denied because the court has not received any fees yet on behalf of plaintiff for the filing fee in this case.

**(3) Should the clerk of court receive any fees from the Alabama Department of Corrections from plaintiff's inmate account for the filing fee in this case, the clerk shall return said funds to the inmate account manager at the correctional facility where plaintiff is housed at the time, along with a copy of this order, and shall send a copy of any such correspondence to plaintiff.**

**(4) All other pending motions are denied as moot.**

**This case is closed.**

**DONE, this the 24th day of August, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**